LOR-FRAN-KSE CORPORATION v. BOARD OF ADJUSTMENT OF THE TOWNSHIP OF CRANFORD.

September 23, 1976. Petition for certification denied.

TOWN OF KEARNY v.
HUDSON COUNTY BOARD OF TAXATION.

September 23, 1976. Petition for certification denied.

JOHN JACKLIN v.
BUILDING INSPECTOR OF THE BOROUGH OF PARAMUS.

September 23, 1976. Petition for certification denied.

CROWN CORK & SEAL CO., INCORPORATED v.
NEW JERSEY, DEPT. OF TRANSPORTATION.

September 23, 1976. Petition for certification denied.

TAXPAYERS ASSOCIATION OF CAMDEN v.
CITY OF CAMDEN.

September 23, 1976. Petition for certification denied.

RICHARD GRISAN v. JAMES H. SPIRO.

September 23, 1976. Petition for certification denied.